FILED

AUG 1 1 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE GORDON THOMPSON JR)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN GARCIA-COVARRUBIAS<br><br>    Defendant. | Criminal Case No. 10cr1987<br><br>**ORDER AUTHORIZING US MARSHALL SERVICE TO CONTINUE TO HOUSE DEFENDANT AT GEO DETENTION CENTER** |

**IT IS HEREBY ORDERED** that the United States Marshal Service continue to house Martin Garcia -Covarrubias, Registration # 05918-359 at the GEO Detention Facility pending his sentencing in this matter which is now pending for hearing on October 22, 2010 at 9 a.m.

Dated: August 9th 2010

HONORABLE GORDON THOMPSON JR
UNITED STATES DISTRICT COURT JUDGE